624

435 A.2d 1306

Commonwealth v. Paull, Appellant.

Submitted September 11, 1980.  Kenneth Paull, in propria persona, appellant;  Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and CAVANAUGH, JJ.

Order affirmed.

435 A.2d 1307

Commonwealth v. Spina, Appellant.

Reargument Denied Sept. 25, 1981.

Argued September 10, 1980.  Andrew G. Gay, for appellant;  Jean Marie Cella, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and CAVANAUGH, JJ.

Judgment of sentence affirmed.